# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

December 22, 2024

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025
```

Re: *United States v Juan Jose Genao-Adames,* 23 Cr. 261-08 (NSR)

Your Honor:

  On November 8, 2024, I was appointed to represent Juan Jose Genao-Adames in the referenced case, replacing Theodore Green. I write now to ask for additional time to file motions on behalf of Mr. Genao-Adames.

  At the time I was appointed, I was in the midst of preparing for a trial, which concluded on December 13, 2024. The government advised me at the time of the motion schedule that predated by client's arrest, but in view of my recent appointment, suggested that I propose that my client's deadline be extended to March 28, 2025, when the next status conference is scheduled to occur. I meant to submit a letter asking for such an extension, but to be candid, neglected to do so because of my imminent trial. I apologize for that oversight. In any event, I note that I am still waiting to receive the discovery so cannot realistically file any potential motions currently.

  Accordingly, I ask that this Court extend the deadline for Mr. Genao-Adames to file pre-trial motions to March, 28 2025. As already noted, the government consents to this application.

Respectfully submitted,

/s/
James E. Neuman

**MEMO ENDORSED**

**The Court GRANTS defendant Genao-Adames' (08) consented-to extension to file pre-trial motions to March 28, 2025. The Govt's response will be due April 28, 2025 and Deft's Adames' reply will be due May 13, 2025. The Clerk of Court is kindly requested to terminate the motion at ECF No. 132.**

Dated: Feb. 3, 2025
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge