MEMO ENDORSED

# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
———
TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

February 22, 2026

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Juan Jose Genao-Adames,* 23 Cr. 261 (NSR)-08

Your Honor:

Richard Palma and I represent Juan Jose Genao-Adames Htut in the referenced case and I am submitting this letter to request that the defense attorneys – along with our paralegal and investigator– be granted permission to file interim vouchers.

As this Court is aware, this case has been pending for over a hear. Substantial time has been devoted to reviewing the discovery, which is voluminous. And because the trial is scheduled to commence in about two months (and expected to last up to three weeks), delaying the submission of vouchers until the case concludes would pose a burden to the defense team.

Accordingly, I ask the Court to grant the members of the defense team (including co-counsel Richard Palma, the defense investigator, and defense paralegal) to file interim vouchers.

Respectfully submitted,

_____/s/_____
James E. Neuman

Defense team's request to file interim vouchers is GRANTED.
Clerk of Court is requested to terminate the motion at ECF No. 235.
Dated: February 24, 2026
        White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026