**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

UNITED STATES OF AMERICA

                                      **ORDER**

        -against-

JUAN JOSE GENAO-ADAMES,              S8 23 Cr. 261-08 (NSR)

          Defendant.
-------------------------------------------------------x

**ROMÁN, U.S.D.J.:**

The C.J.A. attorneys assigned to this case ___James Neuman and Richard Palma___ are hereby ordered
                                            Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney _____Daniel McGuinness_____.
                 Attorney's Name

                         SO ORDERED.

                         NELSON S. ROMÁN,
                         UNITED STATES DISTRICT JUDGE

Dated:    White Plains, New York
         April 3, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/03/2026